IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CM HAIRSTON ROAD LLC
doing business as
Park at Hairston,

   Plaintiff,

   v.

TEQUISSE HUTCHINS
AND ALL OTHER OCCUPANTS,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-1414-TWT

**ORDER**

This is a dispossessary action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of DeKalb County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County.

SO ORDERED, this 21 day of September, 2017.

          /s/Thomas W. Thrash
          THOMAS W. THRASH, JR.
          United States District Judge